The People of the State of New York, Respondent, v

GLADYS ADAMS, Appellant 
 (Appeal from Judgment of Supreme Court, Monroe County, Doyle, J.—Attempted Robbery, 1st Degree.) Present—Denman, P. J., Boomer, Green, Balio and Doerr, JJ.